```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


MARK COLLINS,                    )   NO. CV 08-1727-DSF (CT)
                                 )
          Petitioner,            )
                                 )   J U D G M E N T
               v.                )
                                 )
A. SCHWARZENEGGER,               )
                                 )
                                 )
          Respondent.            )
_____)
```

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice to petitioner filing a non-habeas civil complaint.

DATED: ___1/20/09_____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE